# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANK A. BOWIE

NO. 2024 KW 0920

**DECEMBER 16, 2024**

---

In Re:     Frank A. Bowie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-05-0010.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect the district court acted on relator's "Motion For Production of Boykin Exam / Guilty Plea Transcript" on October 15, 2024.

                    **JMG**
                    **AHP**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT